# EXHIBIT B

# FOURSQUARE

Products    Solutions    Developers    Pricing    Company    Resources

Places API Explained    Places API resources    Docs    Pricing

Speak to Sales    Sign Up/Log In

## Brands building on Places API

### Uber

BEAT

#### Enhancing search for Uber

Global ride-hailing giant Uber uses Places to make it easy for riders to search and share their pick-up destinations. Before users even finish typing a venue name, our database is returning relevant locations for easy search and hail.



https://location.foursquare.com/products/places-api/