# EXHIBIT C

FOURSQUARE  Products  Solutions  Developers  Pricing  Company  Resources          Speak to Sales   Sign Up/Log In

Places API Explained   Places API resources   Docs   Pricing

Key use cases

# Places API in action

| Find the top Places near you

| Address search made simple

| Location matching & check-ins

| Geotagging content & sharing



Make local places easily discoverable and power location searches with rich details to help users find the best places near them through access to photos, reviews, tips, and more.