# EXHIBIT D

# FOURSQUARE

Products   Solutions   Developers   Pricing   Company   Resources   🔍   Speak to Sales   Sign Up/Log In

Places API Explained    Places API resources    Docs    Pricing

Key use cases

# Places API in action

| Find the top Places near you

| Address search made simple

| Location matching & check-ins

| **Geotagging content & sharing**

Help your users spread the word. App experiences that offer geotagging of content being shared, sending venues within messages, and sharing places to their network.

