IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| KARI PROSKIN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FOURSQUARE LABS, INC.,<br><br>                Defendant. | Civil Action No.: 3:23-cv-30078 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kari Proskin hereby dismisses without prejudice all claims against Defendant Foursquare Labs, Inc.

Dated: October 26, 2023

                                                */s/ Joel D. Smith*
                                                Joel D. Smith

                                          **BURSOR & FISHER, P.A.**
                                          Joel D. Smith (BBO 712418)
                                          1990 North California Blvd., Suite 940
                                          Walnut Creek, CA  94596
                                          Telephone: (925) 300-4455
                                          Facsimile:  (925) 407-2700
                                          Email: jsmith@bursor.com